**FILED**

JUN 1 4 2004

CLERK, U.S DISTRICT COURT
ASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE SOEHNGEN,

    Plaintiff,               No. CIV S-03-1446 DFL KJM PS

    vs.

A.L. SUSINI, et al.,

    Defendants.            ORDER

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On May 3, 2004, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. The findings and recommendations filed May 3, 2004, are adopted in full;

3     2. Plaintiff's amended motion for temporary restraining order filed April 16, 2004, is denied; and

5     3. This action is dismissed under Federal Rule of Civil Procedure 4(m).

DATED: June 9, 2004.

/s/ Doul F. Tsu
UNITED STATES DISTRICT JUDGE

soeh1446.804

```
                                                                   ljr
              United States District Court
                        for the
               Eastern District of California
                      June 14, 2004


              * * CERTIFICATE OF SERVICE * *


                                      2:03-cv-01446


    Soehngen

         v.

    Susini
    _____
```

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on June 14, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
    George Soehngen                    HV/DFL
    92 Carlisle Way
    Benecia, CA  94510                 CF/KJM



                                       Jack L. Wagner, Clerk

                                       BY: _____
                                           Deputy Clerk
```